IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| EDWARD GAYLE; and LISA GAYLE, | |
| Plaintiffs, | CIVIL ACTION NO.: 4:23-cv-262 |
| v. | |
| SUZETTE PIOSKE, | |
| Defendant. | |

**O R D E R**

Before the Court is a "Joint Stipulation of Dismissal with Prejudice," signed and filed by counsel for Plaintiffs and counsel for Defendant, in which the parties advise that they stipulate to the dismissal with prejudice of this action, with each party to bear his or her own costs and attorney fees. (Doc. 22.) Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 19th day of April, 2024.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA